### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERB CHAMBERS OF AUBURN, INC. d/b/a HERB CHAMBERS HYUNDAI OF AUBURN,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC.,<br><br>    Defendant/Counter-Plaintiff. | 4:24-cv-40065-MRG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counterclaim-Defendant Herb Chambers of Auburn, Inc. d/b/a Herb Chambers Hyundai of Auburn and Defendant/Counterclaim-Plaintiff Hyundai Motor America, Inc., through their respective undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and attorneys' fees.

Dated: August 19, 2025.

[*Signature block on following page*]

1

Jointly submitted:

| | |
|---|---|
| */s/ Rachel A. Sternlieb* | */s/ Ian J. Pinta* |
| Lyndsey A. Stults (BBO# 687958) | Howard M. Cooper (BBO#543842) |
| **NELSON MULLINS RILEY &** | Ian J. Pinta (BBO#667812) |
| **SCARBOROUGH LLP** | Gregory R. Browne (BBO #708988) |
| One Financial Center, Suite 3500 | TODD & WELD LLP |
| Boston, MA  02111 | One Federal Street, 27th Floor |
| T:  617.217.4700 | Boston, MA 02110 |
| F:  617.217.4710 | T: (617) 720-2626 |
| E-mail: lyndsey.stults@nelsonmullins.com | F: (617) 277-5777 |
| | E-mail: hcooper@toddweld,com |
| -and- | ipinta@toddweld.com |
| | gbrowne@toddweld.com |
| John P. Streelman (*admitted pro hac vice*) | |
| Rachel A. Sternlieb (*admitted pro hac vice*) | *Attorneys for Plaintiff and Counter-Defendant,* |
| **NELSON MULLINS RILEY &** | *Herb Chambers of Auburn, Inc. d/b/a Herb* |
| **SCARBOROUGH LLP** | *Chambers Hyundai of Auburn* |
| 1400 Wewatta Street, Suite 500 | |
| Denver, CO 80202 | |
| T: (303) 583-9900 | |
| F: (303) 583-9999 | |
| E-mail:  john.streelman@nelsonmullins.com | |
| rachel.sternlieb@nelsonmullins.com | |

*Attorneys for Defendant and Counter-Plaintiff, Hyundai Motor America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, a true and correct copy of the foregoing document was filed via PACER which caused it to be served on all counsel of record.

                                                             */s/ Ian Pinta*
                                                           Ian J. Pinta